TELEPHONE (212) 349-9190

## MARTIN J. SIEGEL
ATTORNEY AND COUNSELLOR AT LAW

*Suite 1400*
*150 Broadway*
*New York, NY 10038-4401*
*Fax (212) 349-1451*

MEMBER OF THE BAR OF:
NEW YORK
CALIFORNIA
DISTRICT OF COLUMBIA

December 24, 2010

Honorable Nicholas F. Garaufis
US Federal Court
225 Cadman Plaza
Brooklyn, NY 11201
Fax 1-718-613-2546

Dear Judge Garaufis,

RE: USA V. VOLKAN MERGEN - 06 CR 352 (NGG)

The defendant Mr. Volkan Mergan requests that the date for sentencing be adjourned from Friday January 14, 2011 until a date after March 20, 2011.

I have spoken with Evan Norris, Esq., the Assistant in charge of this prosecution who advised me that he has no objection to this request..

Your thoughtful reflection and approval of this matter is gratefully appreciated.

Respectfully Submitted,

/S/

MARTIN J. SIEGEL

Cc-Evan Norris, Esq.
   US Attorney's Office
   Via E Mail

*Application granted. Sentencing will take place on Friday April 1, 2011 at 11:00am. So ordered.*

s/Nicholas G. Garaufis
1/7/11