TELEPHONE (212) 349-9190

**MARTIN J. SIEGEL**
ATTORNEY AND COUNSELLOR AT LAW

*Suite 600*
*170 Broadway*
*New York, NY 10038-4464*
*Fax (212) 349-1451*

MEMBER OF THE BAR OF:
NEW YORK
CALIFORNIA
DISTRICT OF COLUMBIA

March 10, 2011

Honorable Nicholas F. Garaufis
US Federal Court
225 Cadman Plaza
Brooklyn, NY 11201
Fax 1-718-613-2546

Dear Judge Garaufis,


RE: USA V. VOLKAN MERGEN - 06 CR 352 (NGG)

The defendant Mr. Volkan Mergan requests that the date for sentencing be adjourned from Friday April 1, 2011 until a date after May 13, 2011.

I am presently scheduled to commence a trial in the matter of U.S.A. v. Ansy Guerrier (08 Cr 819 NG) on March 29, 2011 before the Honorable Nina Gershon. That case is scheduled to last at least three weeks. The adjournment is necessary so I can adequately prepare for the subject proceeding. The defendant consents to this request

 I have called Evan Norris, Esq., the Assistant in charge of this prosecution to request his permission but have not heard back from as of the present time.

Your thoughtful reflection and approval of this matter is gratefully appreciated.

Respectfully Submitted,

/S/

MARTIN J. SIEGEL


Cc-Evan Norris, Esq.
   US Attorney's Office
   Via E Mail

– 2 –                                                                                                    March 10, 2011

– 2 –                                                                                                    March 10, 2011