TELEPHONE (212) 349-9190

**MARTIN J. SIEGEL**
ATTORNEY AND COUNSELLOR AT LAW

*Suite 600*
*170 Broadway*
*New York, NY 10038-4464*
*Fax (212) 349-1451*

MEMBER OF THE BAR OF:
NEW YORK
CALIFORNIA
DISTRICT OF COLUMBIA

May 10, 2011

Honorable Nicholas F. Garaufis
US Federal Court
225 Cadman Plaza
Brooklyn, NY 11201
Fax 1-718-613-2546

Dear Judge Garaufis,


RE: USA V. VOLKAN MERGEN - 06 CR 352 (NGG)

The defendant Mr. Volkan Mergan is presently scheduled for sentencing on Friday May 20, 2011.

I very recently completed a trial in the matter of U.S.A. v. Ansy Guerrier (08 Cr 819 NG) before the Honorable Nina Gershon.

 The adjournment is necessary so I can adequately prepare for the subject proceeding. The defendant consents to this request

Therefore I request that the new sentencing date, if convenient to the Court and the government, be re-scheduled to Friday June 24, 2011.

Your thoughtful reflection and approval of this matter is gratefully appreciated.

Respectfully Submitted,


/S/


MARTIN J. SIEGEL


Cc-Evan Norris, Esq.
   US Attorney's Office
   Via E Mail

Case 1:06-cr-00352-NGG   Document 112   Filed 05/10/11   Page 2 of 2

– 2 –                                                                                                                                May 10, 2011