UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------x

UNITED STATES OF AMERICA,

                                                          NOTICE OF MOTION

          -against-                            06 Cr. 352 (NGG)

VOLKAN MERGEN,

                        Defendant.
----------------------------------------------------x

MADAM:

      PLEASE TAKE NOTICE, that upon the attached affidavit of Volkan Mergen, sworn to August /9, 2011 and the exhibits attached thereto the undersigned will move before the Hon. Nicholas Garufis for an order granting defendant Volkan Mergen a new trial on the basis that his trial counsel was ineffective and for such other and further relief as this Court deems just and proper.

                                                              Yours, etc.

                                                               Howard L. Jacobs
                                                               Attorney for Defendant Volkan Mergen
                                                               401 Broadway
                                                               New York, N.Y. 10013
                                                               (212) 431-3710

To:    Loretta Lynch
       United States Attorney
       Eastern District of New York
       271 Cadman Plaza East
       Brooklyn, N.Y. 11201