# Howard L. Jacobs, Esq.
## Counselor at Law

401 Broadway, Suite 1902, New York, NY 10013
Tel: (212) 431-3710 • Fax: (212) 274-0109
Email: howardjacobs1@verizon.net

July 2, 2012

Hon. Nicholas Garaufis
United States District Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza
Brooklyn, N.Y. 11201

Re: United States v. Volkan Mergen
06 Cr. 352 (NGG)

Dear Judge Garaufis:

With regard to the sentencing of Volkan Mergen, I neglected to request that Your Honor recommend that Mr. Mergen be designated to the prison at Ft. Dix near where his wife and children reside.

Would you please also recommend Mr. Mergen have drug treatment (See par. 83 of the Pre-Sentence Report).

Respectfully yours,

Howard J. Jacobs
Howard L. Jacobs

cc: Evan Norris, Esq.
Assistant United States Attorney
271 Cadman Plaza East
Brooklyn, N.Y. 11201