Criminal Notice of Appeal - Form A

# NOTICE OF APPEAL

## United States Court

Eastern District of New York

Caption:

United States of America v.

Volkan Mergen

Docket No 06 Cr. 352

Garaufis

(District Court Judge)

Notice is hereby given that Volkan Mergen appeals to the United States Court of Appeals for the Second Circuit from the judgment ✓, other _____ (specify)

entered in this action on June 27, 2012.
(date)

This appeal concerns: Conviction only | __ | Sentence only | __ | Conviction & Sentence | ✓ | Other | __ |

Defendant found guilty by plea | __ | trial | ✓ | N/A | .

Offense occurred after November 1, 1987? Yes | ✓ | No | __ | N/A | __ |

Date of sentence: June 27, 2012   N/A | __ |

Bail/Jail Disposition: Committed | ✓ |   Not committed | __ |   N/A | __ |

Appellant is represented by counsel? Yes ✓ | No |   If yes, provide the following information:

Defendant's Counsel: Howard L. Jacobs

Counsel's Address: 401 Broadway, Suite 1902

New York, N.Y. 10013

Counsel's Phone: 212 431-3710

Assistant U.S. Attorney: Evan Norris

AUSA's Address: 271 Cadman Plaza East

Brooklyn, NY 11201

AUSA's Phone: 718 254-6376

*[signature: Howard L. Jacobs]*
Signature